## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KENNETH MCDONALD,

    Plaintiff,

v.                                      Case No: 8:12-cv-2454-T-30TGW

CSX TRANSPORTATION, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Voluntary Dismissal With Prejudice (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2454 dismiss 15.docx